**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| In RE:   Matthew Berry | Case No.: 10-30722-KRH |
| Debtor | Chapter 13 |

**Amended**
<u>**NOTICE OF MOTION TO REFINANCE REAL ESTATE**</u>

Debtor Matthew Berry, by counsel, has filed papers with the court to Refinance Real Property.

<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney if you have one.  If you do not have an attorney you may wish to consult one.

If you do not want the court to grant the permission sought in the motion, then on or before September 6, 2013, you or your attorney must file a written request for a hearing or response pursuant to Local Bankruptcy Rule 9013-1 (H). Your request for a hearing or response must be **received** by the Court no later than  September 6, 2013. Send your request or response to:

>   Clerk of Court
>   United States Bankruptcy Court
>   701 East Broad Street
>   Richmond, Virginia, 23219

You must also mail a copy of your request or response to:

>   America Law Group, Inc.
>   Debt Law Group
>   2800 N Parham Rd, Ste 100
>   Richmond, VA 23294

If no timely responses are filed opposing the motion, the Court determine that you do not oppose the action sought in the motion and may enter an order granting the requested relief .

Date:  August 16, 2013

>   <u>/s/ Richard J Oulton, Esq</u>
>   Richard J Oulton
>   2800 N Parham Rd, Ste 100
>   Richmond, VA 23294
>   Phone 804-308-0051
>   Fax  804-308-0053
>   VSB # 29640
>   Counsel for Debtor

**Certificate of Service**

    I certify that on August 16, 2013 a copy of this document was mailed, first class, postage prepaid, to Robert E. Hyman, Chapter 13 Trustee, P.O. Box 1780  Richmond, VA 23219-1780 and all other creditors and necessary parties.

                                                          /s/ Richard J Oulton
                                                           Richard J Oulton

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

In RE:   Matthew Berry

        Debtor

Case No.: 10-30722-KRH
Chapter 13

**<u>AMENDED</u>**
<u>MOTION FOR THE DEBTOR
TO  REFINANCE REAL PROPERTY</u>

Comes now the Debtor, by counsel, and as for his Motion to REFINANCE Real Property states as follows:

1. The Debtor filed this case under Chapter 13 of the U.S. Bankruptcy Code on 2/4/2010.

2. Virginia Community Bank is the secured creditor of the Debtor that holds a first mortgage in the approximate principal amount of $48,600.00 secured by the Debtor's two real properties located at 3855 Holly Grove Dr.  Bumpass, VA 23024 and at 3301 Davis Highway Louisa, VA 23093.

3. The Debtor, who owns these properties alone, has entered into an agreement to refinance his current mortgage with the following details: The new lender is Virginia Community Bank. The new principal amount to be financed is $48,600.00 at 6.880% interest. The new monthly payment will be $496.69 per month.

4. The additional funds of the refinance of the property will be used to satisfy the first mortgage with Virginia Community Bank and to pay any related

administrative closing/settlement costs.  The Debtor will remain in his current Chapter 13 bankruptcy and continue sending regular monthly payments.

Wherefore, the Debtor, Matthew Berry, requests that the Court enter an Order authorizing the REFINANCE of real property in accordance with the terms of his Refinance with Virginia Community Bank, that the debtor be granted such motion.

DATED,  August 16, 2013

                                  Matthew Berry

                                By /s/Richard James Oulton
                                    Of Counsel

Richard James Oulton, Esquire
VSB# 29640
America Law Group, Inc.
Debt Law Group
2800 N Parham Rd, Ste 100
Richmond, VA 23294
(804) 308-0051

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that I caused to be served by electronic means or mailed, by first class mail, a true and accurate copy of the foregoing Motion for Proposed Refinance of Real Property was sent to the U.S. Trustee, Richmond, VA 23220 and Robert Hyman, Chapter 13 Trustee, P.O. Box 1780 Richmond, VA 23219-1780 and all creditors and necessary parties on August 16, 2013.

      /s/Richard James Oulton
      Richard James Oulton

### Creditors

**Am Honda Fin**
8601 Mcalpine Pk D
Charlotte, NC 28211-0000

**American Honda Finance Corporation**
National Bankruptcy Center
P.O. Box 168088
Irving, TX 75016-8088

**AutoMax Rent-a-car**
2333 Anderson Highway
Powhatan, VA 23139-0000

**Bank of America**
4060 Ogletown/Stan
Newark, DE 19713-0000

**Bank Of America**
4161 Piedmont Pkwy
Greensboro, NC 27410-0000

**Bk Of Amer**
4060 Ogletown/Stan
Newark, DE 19713-0000

**BNA Financial Services**
8010 Safari Dr.
Smyrna, TN 37167-6605

**Bon Secours Richmond Health**
St. Mary's Hospital
P.O. Box 409553
Atlanta, GA 30384-9553

**Cap One**
Po Box 85520
Richmond, VA 23285-0000

**Cap One**
Pob 30281
Salt Lake City, UT 84130-0000

**Cap One Na**
2730 Liberty Ave

Pittsburgh, PA 15222-0000

**Capital One Bank (USA), N.A.**
by American Infosource Lp As Agent
PO Box 71083
Charlotte, NC 28272-1083

**Capital One, N.A.**
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite 200
Tucson, AZ 85712

**Care Cr/Gemb**
Po Box 981439
El Paso, TX 79998-0000

**Carecrd/Gemb**
Po Box 981439
El Paso, TX 79998-0000

**Chase- Cha**
Pob 1547
Orlando, FL 32802-0000

**Citi Cards**
7920 NW 110th St
Kansas City, MO 64153-0000

**Client Services Inc/Citicards**
PO Box 1503
Saint Peters, MO 63376-0027

**Dsnb Macys**
9111 Duke Blvd
Mason, OH 45040-0000

**Fia Card Services, NA As Successor In Interest to**
Bank of America NA and Mbna America Bank
1000 Samoset Drive
DE5-023-03-03
Newark, DE 19713

**GC Services**
Collection Agency Division
6330 Gulfton
Houston, TX 77081-0000

**GE Consumer Finance**
For GE Money Bank
dba JEWELRY ACCENT/GEMB
PO Box 960061
Orlando FL 32896-0661

**Gemb/Jcp**
Po Box 981402
El Paso, TX 79998-0000

**Gemb/Jlryacc**
Po Box 981439
El Paso, TX 79998-0000

**Gemb/Lowes**
Po Box 981400
El Paso, TX 79998-0000

**Gemb/Sams**
Po Box 981400
El Paso, TX 79998-0000

**Glasser and Glasser**
580 East Main St.
Crown Center Building, Ste 600
Norfolk, VA 23510-2212

**Hsbc Bank**
Po Box 5253
Carol Stream, IL 60197-0000

**HSBC Bank Nevada, N.A.**
Bass & Associates, P.C.
3936 E. Fort Lowell Road, Suite 200
Tucson, Az 85712

**Hsbc/Bstby**
1405 Foulk Road
Wilmington, DE 19808-0000

**Hsbc/Bstby**
Pob 15521
Wilmington, DE 19805-0000

**Hsbc/Comp**
Pob 15521
Wilmington, DE 19805-0000

**Julie P McKeown**
9609 Carterwood Rd
Henrico, VA 23229-0000

**Julie P. McKeown**
c/o Spotts Fain PC
P.O. Box 1555
Richmond, VA 23218-1555

**Kohls/Chase**
N56 W17000 Ridge
Menomonee Fall, WI 53051-0000

**Law Offices of Marc Dann**
1061 Trumbull Ave, Ste A
Girard, OH 44420-0000

**LVNV Funding LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Midland Funding, LLC by American InfoSource LP**
PO Box 248897
Oklahoma City, OK 73124-8897

**Portfolio Recovery Associates, LLC.**
PO Box 41067
Norfolk, VA 23541

**PRA Receivables Management, LLC**
As Agent Of Portfolio Recovery Assoc
POB 41067
NORFOLK VA 23541

**Sherry Harlow**
958 Anna Coves
Mineral, VA 23117-0000

**Spotts Fain, PC**
411 E Franklin St, Suite 600
Richmond, VA 23219-0000

**Tabank**
5595 Trillium Blvd
Schaumburg, IL 60192-0000

**Target N.B.**
Po Box 673
Minneapolis, MN 55440-0000

**Thd/Cbsd**
Po Box 6497
Sioux Falls, SD 57117-0000

**The Oulton Law Firm, PLLC**
2807 N Parham Rd Suite 107
Richmond, VA 23294

**Ucs/Citi**
Po Box 6241
Sioux Falls, SD 57117-0000

**Va Com Bank**
Pob 888
Louisa, VA 23093-0000

**Va Comunty**
P.O. Box 888
Louisa, VA 23093-0888

**Verizon**
Natinal Recovery D
Folsom, CA 95630-0000

**Virginia Emergency Associates**
P.O. Box 791178
Baltimore, MD 21279-0000

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

In RE:   Matthew Berry

        Debtor

Case No.: 10-30722-KRH
Chapter 13

AMENDED PROPOSED
ORDER AUTHORIZING REFINANCE
OF REAL PROPERTY

This matter came to be heard upon the Motion of the Debtor for the authority to REFINANCE real property, and it appearing to the Court that the debtor has the opportunity to REFINANCE the real property located at 3855 Holly Grove Dr.  Bumpass, VA 23024 / 3301 Davis Highway Louisa, VA 23093 for the amount of $48,600.00. The sale proceeds will be sufficient to pay all liens of record on this property in the approximate amount of $48,600.00 and all associated closing costs, including but not limited to prorated real estate taxes and utilities.  The Debtor will remain in his current Chapter 13 bankruptcy and continue sending regular monthly payments.

The Court further determining that it would be in the best interest of the creditors and parties in interest in this case to allow this refinance to take place, and for these reasons and other good cause shown, it is hereby

ORDERED that the debtor is authorized to REFINANCE real property, described as

> **Parcel I**: All that certain tract or parcel of land, with all improvements thereon and all appurtenances thereunto belonging, lying and being in the **Jackson District**, Louisa County, Virginia, fronting on the northerly side of Holly Grove Drive, State Route 610, containing 7.698 acres, more or less, more particularly shown and described as Parcel A on a certain plat of survey by James H. Bell, Jr., P.C., P.L.S., dated August 18, 1998, recorded in the Clerk's office of Louisa County, Virginia, in Deed Book 609, Page 252, AND BEING the same land conveyed to Matthew W. Berry from Carol M. Cochran, Executrix of the Estate of Eron Fore Cosby, by deed dated February 19, 2003, in Deed Book 764, Page 47. TMS 99-27A.

>    **Parcel II**:  All that certain tract or parcel of land, with all improvements thereon and all appurtenances thereunto belonging, lying and being in the **Louisa District**, Louisa County, Virginia, fronting on the southerly side of Davis Highway, State Route 22, containing 1.297 acres, more or less, more particularly shown and described as Parcel B on a certain plat of survey by Milton Terry Estates, C.L.S., dated June 2, 1976, revised September 16, 1976, recorded in the Clerk's Office of Louisa County, Virginia, in Deed Book 200, Page 333, AND BEING the same land conveyed to Matthew W. Berry from Matthew W. Berry and Sandra G. Berry, husband and wife, by deed dated March 15, 1991, in Deed Book 409, Page 23. **TMS 41-(17)-B.**
>
>    Executed for identification purposes as an attachment to a deed of trust dated August 18, 2006, conveying the described property from the undersigned to Ronald S. Spicer and G. Andrew Nea, Jr., Trustees.

more commonly known as:

3855 Holly Grove Dr. Bumpass, VA 23024

and

3301 Davis Highway Louisa, VA 23093

and it is

FURTHER ORDERED that prior to the actual closing of this transaction, the settlement agent shall forward to counsel for the debtor and the Chapter 13 Trustee a proposed HUD-1 for review. It shall be the responsibility of counsel for the debtor to review these documents to assure that the terms of this Order and the payment of the proper amount to the Chapter 13 are provided for, and it is

FURTHER ORDERED that immediately after the closing the settlement agent shall provide a fully executed copy of the settlement statement and/or HUD-1 to counsel for the debtor and the Chapter 13 Trustee.

I ask for this:

/s/ Richard James Oulton_____
Richard James Oulton
Counsel for Debtor

Seen and approved:

/s/ Robert Hyman_____
Robert Hyman

Document    Page 11 of 11

Chapter 13 Trustee

Entered on Docket _____

_____
U.S. Bankruptcy Judge

CERTIFICATE OF SERVICE

I hereby certify that I caused to be served by electronic means or by mail first class a true accurate copy of the Order to Authorize REFINANCE of Real Property to all creditors and to all necessary parties on August 16, 2013.


/s/ Richard J. Oulton
Richard J. Oulton, Attorney for Debtor

PARTIES TO RECEIVE COPIES:

Robert Hyman
Chapter 13 Trustee
P.O. Box 1780  Richmond, VA 23219-1780

Virginia Community Bank
114 Industrial Dr.  P.O. Box 888  Louisa, VA 23093

Matthew Berry
3855 Holly Grove Dr.  Bumpass, VA 23024


Virginia Community Bank
114 Industrial Dr.  P.O. Box 888  Louisa, VA 23093